■ In the Matter of GLADYS SANTIAGO, Appellant, v LAURA MORALES, Respondent. [727 NYS2d 884] —In a proceeding pursuant to Domestic Relations Law § 72 for grandparental visitation, the petitioner paternal grandmother appeals from an order of the Family Court, Kings County (Porzio, J.), dated February 9, 2000, which granted the mother's application to modify her visitation.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

After the order appealed from was entered, subsequent orders further modifying the appellant's visitation were entered by the Family Court. No appeal was taken from the subsequent orders, which supersede the order appealed from and render this appeal academic. Ritter, J. P., Friedmann, Luciano and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELIN ALEXANDRE, Appellant. [727 NYS2d 908] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Alexandre,* 215 AD2d 488), affirming a judgment of the Supreme Court, Kings County, rendered October 20, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Santucci, J. P., Friedmann, Florio and Adams, JJ., concur.